UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MURILLO, ERNEST B. § Case No. 11-21815
MURILLO, EMELITA M. §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      CLERK OF THE COURT
                      219 South Dearborn
                      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/06/2014 in Courtroom ,
                Joliet City Hall
                150 West Jefferson, 2nd Floor
                Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2014                    By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MURILLO, ERNEST B. § Case No. 11-21815
MURILLO, EMELITA M. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,826.53 |
| and approved disbursements of | $ | 1,245.36 |
| leaving a balance on hand of[1] | $ | 23,581.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,995.81 | $ 0.00 | $ 1,995.81 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 117.52 | $ 0.00 | $ 117.52 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 1,032.00 | $ 0.00 | $ 1,032.00 |
| Charges: CLERK OF THE COURT | $ 260.00 | $ 0.00 | $ 260.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,405.33 |
| Remaining Balance | $ 20,175.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,859.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Sandy J. Beach | $ 1,859.67 | $ 0.00 | $ 1,859.67 |
| | Total to be paid to priority creditors | | | $ 1,859.67 |
| | Remaining Balance | | | $ 18,316.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,907.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquistions LLC assignee of | $ 4,651.26 | $ 0.00 | $ 4,651.26 |
| 000002A | Sandy J. Beach | $ 1,256.66 | $ 0.00 | $ 1,256.66 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,907.92 |
| | Remaining Balance | | | $ 12,408.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 39.83 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 12,368.42 .

Prepared By: /s/Peter N. Metrou
                                    Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-21815-BWB
Ernest B. Murillo                                                         Chapter 7
Emelita M. Murillo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: May 09, 2014
                              Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2014.
```
db/jdb       +Ernest B. Murillo,    Emelita M. Murillo,   216 Healy Avenue,    Romeville, IL 60446-1730
17312907     +AFSCME Advantage MC,   Union Plus Credit Card,    PO Box 80027,    Salinas CA 93912-0027
17312908     +Alliedinterstate,   3000 Corporate Exchange Dr,    Columbus OH 43231-7684
19478793     +Atlas Acquisitions LLC assignee of,   HSBC Bank Nevada NA - Menards,    294 Union St.,
               Hackensack, NJ 07601-4303
17312910     +Blatt Hasenmiller et al,    125 South Wacker Dr #400,    Chicago IL 60606-4440
17312913     +CREDIT MANAGEMENT LP,    4200 INTERNATIONAL PKWY,    CARROLLTON TX 75007-1912
17312911     +Citi,   PO Box 653095,    Dallas TX 75265-3095
17312912     +Comcast Chicago Seco,   c/o Credit Protection,    13355 Noel Road S,    Dallas TX 75240-6602
17312914     +Delete Your Debt,    10929 Firestone Blvd,   Suite 141,    Norwalk CA 90650-2242
17312926     +Emelita M Murillo,   216 Healy Avenue,    Romeoville IL 60446-1730
17312925     +Ernest B Murillo,    216 Healy Avenue,   Romeoville IL 60446-1730
17312916     +Fingerhut/AXSYS,    c/o Valorem LLC,   PO Box 1259,    Oaks PA 19456-1259
17312917     +First National Collection Bur,    610 Waltham Way,    Sparks NV 89434-6695
17312918     +Freedman Anselmo Lindberg,    1771 W Diehl Road,    Naperville IL 60563-1828
17312922     +James Schelli Jr,    1730 Park Street Suite 220,    Naperville IL 60563-2615
17312924     +Meyer & Njus P A,    1100 US Bank Plaza,   200 South Sixth Street,    Minneapolis MN 55402-1595
17312928     +Sandy Beach,    11235 S Roberts Road,   Palos Hills IL 60465-2658
20203287     +Sandy J. Beach,    11235 S. Roberts Road, Apt 3S,    Palos Hills, IL 60465-2658
17312929     +State of IL/Child Support HFS,    16 West Cass Street  4th Floor,    Joliet IL 60432-4113
17312930     +Thd/cbsd,   PO Box 6497,    Sioux Falls SD 57117-6497
17312931     +The Rug Doctor,    c/o SKO Brenner American,    40 Daniel Street,    Farmingdale NY 11735-1308
17312932     +Tmobile,   c/o Mitchell N Kay PC,    PO Box 2374,    Chicago IL 60690-2374
17312933     +Wffinance,    800 Walnut Street,   Des Moines IA 50309-3504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17312909     +E-mail/Text: ally@ebn.phinsolutions.com May 10 2014 00:40:28     Ally Financial,
               200 Renaissance Ctr,    Detroit MI 48243-1300
17423158     +E-mail/Text: bnc@atlasacq.com May 10 2014 00:40:35     Atlas Acquisitions LLC,   Attn: Avi Schild,
               294 Union St.,   Hackensack, NJ 07601-4303
17312915     +E-mail/Text: bknotice@erccollections.com May 10 2014 00:41:19     ENHANCED RECOVERY CO L,
               8014 BAYBERRY RD,   JACKSONVILLE FL 32256-7412
17312919     +E-mail/PDF: gecsedi@recoverycorp.com May 10 2014 00:44:44     Gemb/home Climate-lenn,
               PO Box 981439,   El Paso TX 79998-1439
17312920     +E-mail/PDF: gecsedi@recoverycorp.com May 10 2014 00:46:26     Gemb/meijer Dc,   PO Box 981400,
               El Paso TX 79998-1400
17312923     +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2014 00:59:19     LVNV FUNDING LLC,
               PO BOX 740281,   HOUSTON TX 77274-0281
17312927     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 10 2014 00:41:09
               Office of the United States Trustee,   219 South Dearborn Street,   Room 873,
               Chicago IL 60604-2027
                                                                                              TOTAL: 7
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17312921    ##+Hsbc Bank Nev Menard,    Retail Services,   PO Box 15521,   Wilmington DE 19850-5521
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2014                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: adragonet              Page 2 of 2              Date Rcvd: May 09, 2014
                              Form ID: pdf006             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2014 at the address(es) listed below:
              James   Schelli, Jr.   on behalf of Debtor Ernest B. Murillo jschelli@wslaw1.com
              James   Schelli, Jr.   on behalf of Joint Debtor Emelita M. Murillo jschelli@wslaw1.com
              Jyothi R Martin    on behalf of Creditor    JPMorgan Chase Bank National Association
               jramana@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou     on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou     on behalf of Accountant    Popowcer Katten  Ltd. met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```