UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
MURILLO, ERNEST B.                        §    Case No. 11-21815
MURILLO, EMELITA M.                       §
                                          §
                                          §
          Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Peter N. Metrou, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ERNEST B. MURILLO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Ally Financial 200 Renaissance Ctr Detroit MI 48243 |  |  |  |  |  |
|  | Creditor # : 2 Wffinance 800 Walnut Street Des Moines IA 50309 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Wffinance | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE COURT | | | | | |
| TREASURY, UNITED STATES | | | | | |
| POPOWCER KATTEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing:;Sandy Beach | | | | | |
| 000002A | SANDY J. BEACH | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 AFSCME Advantage MC Union Plus Credit Card PO Box 80027 Salinas CA 93912 | | | | | |
| | Creditor # :10 Tmobile c/o Mitchell N. Kay PC PO Box 2374 Chicago IL 60690 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Comcast Chicago Seco c/o Credit Protection 13355 Noel Road S Dallas TX 75240 | | | | | |
| | Creditor # :3 Delete Your Debt 10929 Firestone Blvd. Suite 141 Norwalk CA 90650 | | | | | |
| | Creditor # :4 Fingerhut/AXSYS c/o Valorem LLC PO Box 1259 Oaks PA 19456 | | | | | |
| | Creditor # :5 Gemb/home Climate-lenn PO Box 981439 El Paso TX 79998 | | | | | |
| | Creditor # :6 Gemb/meijer Dc PO Box 981400 El Paso TX 79998 | | | | | |
| | Creditor # :7 Hsbc Bank Nev Menard Retail Services PO Box 15521 Wilmington DE 19850 | | | | | |
| | Creditor # :8 Thd/cbsd PO Box 6497 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # :9 The Rug Doctor c/o SKO Brenner American 40 Daniel Street Farmingdale NY 11735 |  |  |  |  |  |
|  | Representing: Comcast Chicago Seco |  |  |  |  |  |
|  | Representing: Fingerhut/AXSYS |  |  |  |  |  |
|  | Representing: Gemb/home Climate-lenn |  |  |  |  |  |
|  | Representing: Gemb/home Climate-lenn |  |  |  |  |  |
|  | Representing: Gemb/meijer Dc |  |  |  |  |  |
|  | Representing: Hsbc Bank Nev Menard |  |  |  |  |  |
|  | Representing: Thd/cbsd |  |  |  |  |  |
|  | Representing: Thd/cbsd |  |  |  |  |  |
|  | Representing: Tmobile |  |  |  |  |  |
| 000001 | ATLAS ACQUISTIONS LLC ASSIGNEE OF |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | SANDY J. BEACH | | | | | |
| | ATLAS ACQUISTIONS LLC ASSIGNEE OF | | | | | |
| | SANDY J. BEACH | | | | | |
| | SANDY J. BEACH | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-21815 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MURILLO, ERNEST B. | | | Date Filed (f) or Converted (c): | 05/23/11 (f) |
| | MURILLO, EMELITA M. | | | 341(a) Meeting Date: | 07/06/11 |
| For Period Ending: | 08/05/14 | | | Claims Bar Date: | 12/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Principal residence located at 216 Healy Avenue | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand Location: In debtor's possession | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at US Bank Location: In debtor's | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. Misc. household goods and furnsihing including ele | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel Location: In debtor's po | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding bands and misc. costume jewelry Location: | 300.00 | 0.00 | | 0.00 | FA |
| 7. Glock pistol Location: In debtor's possession | 300.00 | 0.00 | | 0.00 | FA |
| 8. Musical instruments Location: In debtor's possessi | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Term life insurance with State Farm Insurance. De | 0.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance with State Farm Insurance. De | 0.00 | 0.00 | | 0.00 | FA |
| 11. State of Illinois Pension Location: In debtor's po | 0.00 | 24,826.52 | | 24,826.53 | FA |
| 12. 2000 Toyota Corolla CE Sedan with 140,000 miles in | 1,525.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Chevrolet Equinox LS SUV with 52,000 miles in | 7,275.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $145,670.00 | $24,826.52 | | $24,826.53 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ready for TFR after additional claims notice- potential surplus case;5-8-14 filed TFR w/ clerk - hearing 6-6-14;

Revised TFR and re-submitted to UST for review;

5-1-14 revised TFR filed with UST

TFR filed with UST 4-22-14

Additonal claims notice mailed 2-18-14 - bar date pushed to 4-15-14;

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 18.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-21815   BWB   Judge: BRUCE W. BLACK | Trustee Name:   Peter N. Metrou, Trustee |
| Case Name: | MURILLO, ERNEST B. | Date Filed (f) or Converted (c):   05/23/11 (f) |
| | MURILLO, EMELITA M. | 341(a) Meeting Date:   07/06/11 |
| | | Claims Bar Date:   12/21/12 |

Initial Projected Date of Final Report (TFR): 09/01/12      Current Projected Date of Final Report (TFR): 09/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-21815 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MURILLO, ERNEST B. | Bank Name: | Associated Bank |
| | MURILLO, EMELITA M. | Account Number / CD #: | *******4846  Checking Account |
| Taxpayer ID No: | *******6015 | | |
| For Period Ending: | 08/05/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 23,581.17 | | 23,581.17 |
| 06/10/14 | 005001 | PETER N METROU | Chapter 7 Compensation/Expense | | | 2,108.91 | 21,472.26 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL  60543 | | | | | |
| | | | Fees            1,991.39 | 2100-000 | | | |
| | | | Expenses          117.52 | 2200-000 | | | |
| 06/10/14 | 005002 | POPOWCER KATTEN, LTD | ACCOUNTANT FEES | 3410-000 | | 1,032.00 | 20,440.26 |
| | | 35 EAST WACKER DRIVE | | | | | |
| | | SUITE 1550 | | | | | |
| | | CHICAGO, IL 60601 | | | | | |
| 06/10/14 | 005003 | CLERK OF THE COURT | Re-Opening Fee- prev deferred | 2700-000 | | 260.00 | 20,180.26 |
| | | 219 South Dearborn | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 06/10/14 | 005004 | Sandy J. Beach | Claim 000002A, Payment 100.00000% | 5100-000 | | 1,859.67 | 18,320.59 |
| | | 11235 S. Roberts Road, Apt 3S | | | | | |
| | | Palos Hills, IL 60465 | | | | | |
| 06/10/14 | 005005 | Atlas Acquistions LLC assignee of | Claim 000001, Payment 100.00000% | 7100-000 | | 4,651.26 | 13,669.33 |
| | | HSBC Bank Nevada NA - Menards | | | | | |
| | | 294 Union St. | | | | | |
| | | Hackensack, NJ 07601 | | | | | |
| 06/10/14 | 005006 | Sandy J. Beach | Claim 000002A, Payment 100.00000% | 7100-000 | | 1,256.66 | 12,412.67 |
| | | 11235 S. Roberts Road, Apt 3S | | | | | |
| | | Palos Hills, IL 60465 | | | | | |
| * 06/10/14 | 005007 | ERNEST B. MURILLO | Surplus Funds | 8200-003 | | 12,412.67 | 0.00 |
| | | 216 HEALY AVENUE | | | | | |
| | | ROMEVILLE, IL  60446 | | | | | |
| * 06/10/14 | 005007 | ERNEST B. MURILLO | Surplus Funds | 8200-003 | | -12,412.67 | 12,412.67 |
| | | 216 HEALY AVENUE | Revised due to interest paid to creditors | | | | |

Page Subtotals        23,581.17        11,168.50

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-21815 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MURILLO, ERNEST B. | | Bank Name: | Associated Bank |
| | MURILLO, EMELITA M. | | Account Number / CD #: | *******4846 Checking Account |
| Taxpayer ID No: | *******6015 | | | |
| For Period Ending: | 08/05/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/10/14 | 005008 | Sandy J. Beach<br>11235 S. Roberts Road, Apt 3S<br>Palos Hills, IL 60465 | Interest on priority claim | 7990-000 | | 9.54 | 12,403.13 |
| 06/10/14 | 005009 | Sandy J. Beach<br>11235 S. Roberts Road, Apt 3S<br>Palos Hills, IL 60465 | Interest on General Unsecured claim | 7990-000 | | 6.44 | 12,396.69 |
| 06/10/14 | 005010 | Atlas Acquistions LLC assignee of<br>HSBC Bank Nevada NA - Menards<br>294 Union St.<br>Hackensack, NJ 07601 | Interest on General Unsecured claim | 7990-000 | | 23.85 | 12,372.84 |
| 06/10/14 | 005011 | ERNEST B. MURILLO<br>216 HEALY AVENUE<br>ROMEVILLE, IL 60446 | Surplus funds | 8200-000 | | 12,368.42 | 4.42 |
| 06/12/14 | 005012 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Tr Fee<br>Corrected TR fee/after pmt of interest to claimants | 2100-000 | | 4.42 | 0.00 |

(first row continues from previous page: "ROMEVILLE, IL 60446")

|  |  |  | COLUMN TOTALS | 23,581.17 | 23,581.17 | 0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 23,581.17 | 0.00 | |
|  |  |  | Subtotal | 0.00 | 23,581.17 | |
|  |  |  | Less: Payments to Debtors | | 12,368.42 | |
|  |  |  | Net | 0.00 | 11,212.75 | |

Page Subtotals  0.00  12,412.67

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-21815 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MURILLO, ERNEST B. | Bank Name: | Congressional Bank |
| | MURILLO, EMELITA M. | Account Number / CD #: | *******9918  Checking Account |
| Taxpayer ID No: | *******6015 | | |
| For Period Ending: | 08/05/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/13 | 11 | Treasurer of the State of Illinois | Pension Funds | 1129-000 | 24,826.53 | | 24,826.53 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 26.36 | 24,800.17 |
| 08/13/13 | 001001 | UNITED STATES TREASURY | 1040 2013 TAX DUE | 2810-000 | | 1,219.00 | 23,581.17 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 23,581.17 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 24,826.53 | 24,826.53 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 23,581.17 | |
| Subtotal | 24,826.53 | 1,245.36 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 24,826.53 | 1,245.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4846 | 0.00 | 11,212.75 | 0.00 |
| Checking Account - ********9918 | 24,826.53 | 1,245.36 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 24,826.53 | 12,458.11 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    24,826.53    24,826.53

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*